UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEYMAN ROSHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MELANIE J. LAWRENCE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01235-JST<br><br>**CLERK'S JUDGMENT**<br>Re: Dkt. No. 211 |

　　　Pursuant to the Order Granting Motion to Dismiss signed June 17, 2024, judgment is hereby entered.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: Monday, June 17, 2024

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Kelly Collins, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR